UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ETHOS DATA MANAGEMENT, INC., a Florida company,<br><br>*Defendant.* | Case No. 9:19-cv-80627-RKA<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Jourey Newell hereby dismisses this action against Defendant Ethos Data Management, Inc. without prejudice with each party to bear its own attorneys' fees and costs.

Dated: July 24, 2019     */s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff Jourey Newell
and all others similarly situated*