UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80627-CIV-ALTMAN/Brannon

**JOUREY NEWELL**,

    Plaintiff,

v.

**ETHOS DATA MANAGEMENT, INC.**,

    Defendant.

_____/

## ORDER

**THIS MATTER** came before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 5]. Having carefully reviewed the record and being otherwise fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case, all deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of July 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record